**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7825**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

      versus

NATHANIEL RENARD CHILES,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-94-7, CA-01-36-7)

———————

Submitted:  February 11, 2002      Decided:  February 28, 2002

———————

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Nathaniel Renard Chiles, Appellant Pro Se.  Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel Renard Chiles seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Chiles' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Chiles, Nos. CR-94-7; CA-01-36-7 (W.D. Va. July 12 & Oct. 25, 2001). We also deny Chiles' motion to expedite his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED